UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

BARBARA KANTOR,

       Plaintiff,
vs.

TRIPP SCOTT, P.A.,
A Florida Corporation,

       Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL**

As provided by 28 U.S.C. §1441 *et seq.,* Defendant, TRIPP SCOTT, P.A., ("Defendant") hereby files this Notice of Removal of the above-styled action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, where the action is now pending under Case Number CACE-20-018989, to the United States District Court for the Southern District of Florida. In connection with this Notice of Removal, Defendant states:

1.    The above-styled action was commenced by Plaintiff, BARBARA KANTOR ("Plaintiff"), in the Seventeenth Judicial Circuit, in and for Broward County, Florida, by the filing of a Class Action Complaint (the "Complaint"). *See* Exhibit A.

2.    The action, which is of a civil nature, involves two counts and class allegations by Plaintiff under the Fair Debt Collection Practices Act ("FDCPA").

3.    The Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §§1331 and 1441(a), since Plaintiff is alleging violations of a federal statute – the

FDCPA. Further, this Court has jurisdiction over FDCPA claims pursuant to pursuant to 15 U.S.C § 1692k(d).

4. Defendant was served with Plaintiff's Complaint on January 19, 2021. Thus, this Notice of Removal is timely, since 28 U.S.C. 1446(b) grants parties thirty (30) days to remove an action to Federal Court "after receipt . . . of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter." *See* 28 U.S.C. 1446(b).

5. To date, the only pleading which Defendant has received is the Complaint, a copy of which is attached as Exhibit A.

6. Given that the above-styled state court action is pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, this case is removable to the United States District Court for the Southern District of Florida. *See* 28 U.S.C. § 1441(a).

7. Defendant will give written notice of the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d).

## MEMORANDUM OF LAW

**A.    The United States District Court Has Jurisdiction Over this Matter**

A state court action may be removed to a United States District Court where "the district courts of the United States have original jurisdiction[.]" 28 U.S.C. §1441(a). In the instant case, original jurisdiction is available under 28 U.S.C. §1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This civil action purports to arise under federal law, since Plaintiff alleges that Defendant violated the FDCPA. Additionally, 15 U.S.C. 1692k(d) vests the Court with jurisdiction over this claim. Thus, the Court has jurisdiction over this matter.

**B.    Defendant Has Complied With the Procedure for Removal**

The procedure governing removal of actions first filed in state court is governed by 28 U.S.C. §1446.  Section 1446 provides that any defendant desiring to remove a civil action from state court must file a notice of removal that contains:

> a short plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant in such action.

*See* 28 U.S.C. §1446. Furthermore, any notice of removal must be filed within thirty (30) days after receipt of the initial pleading.  *See* 28 U.S.C. §1446.

Paragraphs 1 through 7 above set forth the grounds on which removal is sought, specifically citing the federal statutes upon which original jurisdiction is premised (under 28 U.S.C. § 1331) and the factual support for that jurisdiction. Accordingly, Defendant has complied with the terms of 28 U.S.C. §1446, which dictates that a short plain statement of the grounds for removal accompany any notice of removal. In addition, this notice has annexed to it all process, pleadings and other papers that have been served on Defendant in compliance with 28 U.S.C. §1446.

**C.    Conclusion**

Defendant has complied with the procedural requirements of 28 U.S.C. §1446, the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida which govern removal from state court, and this Court has jurisdiction over this matter.

Accordingly, Defendant respectfully requests that the United States District Court for the Southern District of Florida take jurisdiction over this action.

WHEREFORE, Defendant, TRIPP SCOTT, P.A., hereby gives notice that the state court action pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, under Case No. CACE-20-018989, is removed to the United States District Court for the Southern District of Florida.

Respectfully submitted this 5th day of February 2021.

    *s/ Robin Taylor Symons*
Robin Taylor Symons, Esq.
Florida Bar No. 35683
rsymons@grsm.com
Jocelyn Ramos, Esq.
Florida Bar No. 1011087
jramos@grsm.com
**GORDON & REES**
**SCULLY MANSUKHANI**
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone:  305-428-5330
Facsimile:   877-644-6209
*Counsel for Defendant*
*Tripp Scott, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing document was served this day on all counsel of record identified on the following Service List by electronic mail.

                                                 *s/ Robin Taylor Symons*
                                                 Robin Taylor Symons, Esq.

**Service List**
Jonathan Kantor, Esq.
Law Office of Jonathan Z. Kantor
304 Indian Trace # 117
Weston, FL 33326
Tel: (786) 200-0710
jzkantor@gmail.com

Paula J. Phillips, Esq.
Phillips Perez, P.A.
2655 S. LeJeune Blvd., Suite 500
Miami, FL 33134
Tel: (305) 890-3300
pjp@phillipsperez.com

Brooks R. Fudenberg
Law Office of Brooks R. Fudenberg, LLC
14 Ashe Street
Charleston, SC 29403
Tel: (843) 696-8911
Brooks.R.Fudenberg@Fudenberglaw.com

*Counsel for Plaintiff*