UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60306-CIV-SMITH/VALLE

BARBARA KANTOR,

    Plaintiff,

v.

TRIPP SCOTT, P.A.,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 47], in which the Magistrate Judge recommends that Defendant's Motion to Dismiss Plaintiff's Class Action Complaint with Prejudice and Request for Attorney's Fees [DE 4] be denied. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that no objections were filed, it is

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Class Action Complaint with Prejudice and Request for Attorney's Fees [DE 4] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of September, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record